IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MARTIN DALE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 3:18-CV-05103-RK |
| | ) | |
| BARRY COUNTY, MISSOURI, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

Defendant Barry County, by and through its undersigned counsel of record, hereby certifies

that it has caused to be served on Plaintiff *Defendant's Initial Rule 26 Disclosure*, as well as a copy

of this *Certificate of Service*, by depositing same in the United States Mail, postage prepaid, on

January 25, 2019, addressed as follows:

J. Andrew Hirth
TGH Litigation, LLC
913 E. Ash Street
Columbia, MO 65201
*Attorneys for Plaintiff*

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


 /s/ Jeannette L. Wolpink
Jeannette L. Wolpink                                     #54970
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
913-339-6757; Fax: 913-339-6187
jwolpink@fisherpatterson.com

and

David S. Baker                                                                                #30347
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
816-523-4667, Ext. 121; Fax:  816-523-5667
dbaker@fisherpatterson.com

*Attorneys for Defendant Barry County*

{O0346804}

2